[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
June 13, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-12981
Non-Argument Calendar

_____

D. C. Docket No. 05-01065-CV-T-24-TBM

WATKINS MOTOR LINES, INC.,
a Florida corporation,

Plaintiff-Appellant,

versus

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
CARI M. DOMINGUEZ, individually and as Chair, Equal
Employment Opportunity Commission, et al.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(June 13, 2007)**

Before TJOFLAT, BARKETT and HULL, Circuit Judges.

PER CURIAM:

We have reviewed the record and considered the briefs of the parties.  To the

extent that Watkins Motor Lines, Inc., has not already received the documents they seek, we find no reversible error in the district court's holding that the materials contained in the Equal Employment Opportunity Commission's ongoing investigation were properly withheld from Watkins Motor Lines, Inc.

**AFFIRMED.**